IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02281-PAB-KLM

DANA ANDERSON,

      Plaintiff,

v.

FIRST CAPITAL SURETY & TRUST COMPANY,
JOSEPH KRAPF, Trust Officer for First Captial Surety & Trust Company,
JACKIE ANDERSON, Parent and Conservator of Dana Anderson, and
TRICIA MATUSZCZAK, Court appoint attorney for Jackie Anderson,

      Defendants.

_____

## ORDER TO SHOW CAUSE
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court *sua sponte*.  The case was referred to me on September 21, 2010 for pretrial purposes [Docket No. 2].  A review of the Complaint reveals a question of jurisdiction which must be resolved at the outset of the case.  The Complaint indicates that Plaintiff is a citizen of Nebraska and that the Court's jurisdiction is founded on diversity of citizenship pursuant to 28 U.S.C. § 1332.  *Complaint* [#1] at 1-2. However, the Complaint also indicates that at least one Defendant is also a citizen of Nebraska, Defendant Jackie Anderson.  *Id.* at 2.  The Court is obligated to ensure that it has jurisdiction over the matter presented even if no party has raised the issue.  *Laughlin v. Kmart Corp.*, 50 F.3d 871, 873 (10th Cir. 1995).  Given the lack of complete diversity between the parties, the Court's jurisdiction is sufficiently in doubt on this pleading.  *See, e.g.*, *Wisconsin Dep't of Corr. v. Schacht*, 524 U.S. 381, 388 (1998) ("A case falls within the federal district court's 'original' diversity 'jurisdiction' only if diversity of citizenship among the parties is complete, i.e., only if there is no plaintiff and no defendant who are citizens of the same State."); *Knoll v. Knoll*, 350 F.2d 407, 407 (10th Cir. 1965) (same).

      IT IS HEREBY **ORDERED** that on or before **October 6, 2010**, Plaintiff shall show cause why the Court should not recommend that her case be dismissed for lack of jurisdiction.  In the alternative, on or before the same date, Plaintiff may voluntarily dismiss her case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

      Dated:  September 22, 2010

                              BY THE COURT:
                               s/ Kristen L. Mix
                              U.S. Magistrate Judge
                              Kristen L. Mix